

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00094-CV

Dr. Hector **FARIAS** and Voices in Democratic Action (VIDA),
Appellants

v.

Eduardo A. **GARZA** and Uni-Trade Forwarding, L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVT-001496-D1
Honorable Fred Shannon, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Patricia O. Alvarez, Justice

Appellees' motion for extension of time to file motion for rehearing and motion for en banc reconsideration is hereby GRANTED. Time is extended to February 20, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court